UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONE FROST,<br><br>      Plaintiff,<br><br>      -against-<br><br>US GOVERNMENT; A. CUOMO; NYPD; NYC MTA; TRINIDAD GOVERNMENT; CVR ASSOCIATES INC.; DONALD TRUMP; THE WHITE HOUSE; US REPUBLICANS; US SUPREME COURT; US 3D COURT; NYC ANTI-SOCIAL CLUB; NYCT; CITY OF NY (HRA) TRINIDAD US CONSULATE; US TRINIDAD EMBASSY; MITT ROMNEY; US SENATE; US CONGRESS; US DEMOCRATICS; COURT OF APPEALS,<br><br>      Defendants. | 20-CV-8684 (CM)<br><br>ORDER |

COLLEEN McMAHON, Chief United States District Judge:

   The Court denies Plaintiff leave to file this action because she fails to show that her claims are not frivolous. *See Frost v. NYPD*, ECF 1:20-CV-0417, 5 (S.D.N.Y. Feb. 14, 2020) (requiring Plaintiff to submit with any new complaint: a motion for leave to file; a copy of the February 14, 2020 order; the relevant fees or an *in forma pauperis* application; and a statement, made under penalty of perjury, stating that the claims are not frivolous or in bad faith, that the lawsuit is not brought for any improper purpose, such as to harass or cause unnecessary delay, and that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules).

The Court directs the Clerk of Court to terminate any pending motions and close this action. Plaintiff has consented to electronic service of Court documents. (ECF No. 5.)

SO ORDERED.

Dated:  October 20, 2020
        New York, New York

                                          COLLEEN McMAHON
                                     Chief United States District Judge